Appellants.— Motion denied, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of EDWARD J. DARRAGH for Admission to the Bar.— Application granted. Present — Jenks, P. J., Putnam, Kelly and Jaycox, JJ.

In the Matter of the Probate of the Last Will and Testament of VIRGILIO DEL GENOVESE, Deceased. FIDALMA DEL GENOVESE, Individually and as Administratrix, etc., Appellant; JOSEPH DEL GENOVESE, Respondent. — Motions denied, without costs. Present — Jenks, P. J., Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Estate of KATHERINE B. JOHNSTON, Deceased. ANNIE DU BOIS SWAIN, Appellant; FRANK HASBROUCK, as Executor, etc., and Others, Respondents.— Motion denied, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of MABEL JONES for Payment of an Award, etc., in Proceedings to Open West Eleventh Street, etc.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Mills and Putnam, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION. LUKE O'REILLY, an Attorney.— On account of the illness of the Hon. Garret J. Garretson, this matter is referred to the Hon. Josiah T. Marean as official referee. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Probate of the Last Will and Testament of WILLIAM PURDY SHANNON, Deceased.— Motion denied, on condition that appellant perfect the appeal, place the case on the September calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

In the Matter of THOMAS F. TEVLIN, an Attorney.— Motion granted, without costs. Present — Jenks, P. J., Mills, Blackmar and Kelly, JJ.

In the Matter of the Petition of CHARLES E. THEDFORD, as Administrator, etc., of MARIE A. STOUFFER, Deceased, etc. CHARLES E. THEDFORD, as Administrator, etc., Respondent; ADELE L. ROUYON, Individually and as Administratrix, etc., and Others, Appellants.— Motions denied, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

CAROLINE M. KEELER, as Executrix, etc., of JOHN R. KEELER, Deceased, Respondent, v. VASCO P. ABBOTT and JAMES C. DOLAN, Appellants, and Others, Defendants.— Motion denied, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

IDA L. KIRK, Respondent, v. NASSAU ELECTRIC RAILROAD COMPANY AND BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellants.— Motion denied, on condition that appellants perfect the appeal, place the case on the calendar for Tuesday, October 8, 1918, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

WILLIAM KRAMER, JR., an Infant, by WILLIAM KRAMER, His Guardian ad Litem, Plaintiff, v. WILLIAM B. BOYD, Defendant.— Motion for stay granted. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.